# FILED

01/08/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 24-0020



# IN THE SUPREME COURT OF THE STATE OF MONTANA

## OP 24-0020

JENNIFER BRICK,

    Petitioner,

v.

HONORABLE JUDGE BRIAN ADAMS,

    Respondent.

GRANT OF MOTION TO
PROCEED WITHOUT
PAYMENT OF FILING FEE

    Motion to proceed without payment of the filing fee in this matter is **GRANTED.**

    DATED: January 8, 2024.

BOWEN GREENWOOD
Clerk of the Supreme Court